CHRISTOPHER J. CHRISTIE
United States Attorney
MICHAEL E. CAMPION
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-3141
Fax. (973) 297-2010
michael.campion@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIAN HU,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL B. MUKASEY, et al.,<br><br>Defendants. | HON. FREDA L. WOLFSON<br><br>Civil Action No. 08-0886 (FLW)<br><br>ORDER |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey, attorney for Defendants, (Michael E. Campion, Assistant United States Attorney, appearing), for an Order dismissing this action, Defendants representing that Plaintiff's naturalization application has now been adjudicated and that this action is now moot,

IT IS on this 31st day of March, 2008

ORDERED that this action is dismissed with prejudice.

_____
HON. FREDA L. WOLFSON
United States District Judge